United States District Court
Southern District of Texas
**ENTERED**
February 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-423 |
| | § | |
| 0.688 ACRES OF LAND, MORE OR LESS, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING CONSOLIDATION

Before the Court is Plaintiff United States of America's Opposed Motion to Consolidate Lead Case No. 7:20-cv-267 and Member Case No. 7:20-cv-423 (Dkt. No. 10). Upon consideration of this Motion, the Court is of the opinion and hereby **ORDERS** that the Motion is **GRANTED**.

Accordingly, Case No. 7:20-cv-423 shall be consolidated into Case. No. 7:20-cv-267.

SO ORDERED this 22nd day of February, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge